IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GARY K. WESTCOTT, <br> PETITIONER, | § § § | |
| V. | § | A-22-CV-799-LY |
| | § § | |
| BOBBY LUMPKIN, <br> RESPONDENT. | § § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Petitioner Gary K. Westcott's Petition for Writ of *Habeas Corpus*. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Gary K. Westcott's Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and a certificate of appealability is **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

SIGNED this the ____ day of November 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE